EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Teodoro Maldonado Rivera | 2003 TSPR 89<br><br>159 DPR \_\_\_\_ |

Número del Caso: TS-6901


Fecha: 22/mayo/2003


Oficina de Inspección de Notarías:
                        Lcda. Carmen H. Carlos
                        Directora


Abogado de la Parte Querellada:
                        Por Derecho Propio


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALA
    ESPECIAL

                                   TS-6901

ORDEN

San Juan, Puerto Rico, a 22 de mayo de 2003

      Se constituye una Sala Especial integrada por el Juez Asociado señor Rebollo López, como su Presidente, y los Jueces Asociados señor Fuster Berlingeri y señor Rivera Pérez para entender en el caso TS-6901, *In re* Teodoro Maldonado Rivera.

      Lo decretó y firma,

                         FRANCISCO REBOLLO LÓPEZ
                         Juez Presidente Interino

CERTIFICO:

Patricia Otón Olivieri
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Teodoro Maldonado Rivera

TS-6901

Sala Especial integrada por el Juez Asociado señor Rebollo López, como su Presidente y los Jueces Asociados señor Fuster Berlingeri señor Rivera Pérez.

RESOLUCION

San Juan, Puerto Rico, a 22 de mayo de 2003.

Examinada la moción solicitando reinstalación presentada en este caso el 5 de mayo de 2003 y dado que el término de la suspensión venció el 4 de mayo de 2003, se ordena la reinstalación inmediata del Lcdo. Teodoro Maldonado Rivera al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo